BEULAH F. WOOD, Respondent, v. GILBERT C. WOOD, Appellant.— Order

affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.